DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ESTATE OF FRANK OSGOOD BUTLER, II**
a/k/a **FRANK O. BUTLER,**
Appellant,

v.

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, VILLAGE OF ROYAL PALM BEACH, RICKARD R. EVANS,** and **RICKARD EVANS, PERSONAL REPRESENTATIVE OF THE ESTATE,**
Appellees.

No. 4D16-2489

[October 25, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Eli Breger, and Roger B. Colton, Senior Judges; L.T. Case No. 50-2010-CA-003423-XXXX-MB.

Robert V. Potter and Caitlein J. Jammo of Johnson, Pope, Bokor, Ruppel & Burns, LLP, Clearwater, for appellant.

Elliot B. Kula, W. Aaron Daniel and William D. Mueller of Kula & Associates, P.A., Miami, for appellee JPMorgan Chase Bank National Association.

PER CURIAM.

*Affirmed. See D'Oench, Duhme & Co. v. Federal Deposit Insurance Corp.*, 315 U.S. 447 (1942).

WARNER, LEVINE, JJ., and BUCHANAN, LAURIE E., Associate Judge, concur.

*    *    *

***Not final until disposition of timely filed motion for rehearing.***